# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CRUZ PLASCENCIA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KINGS, et al.,<br><br>Defendants. | Case No.  1:14-cv-00441-LJO-SAB<br><br>ORDER RE REQUEST FOR CLARIFICATION<br><br>(ECF No. 18) |

On May 7, 2014, this Court issued findings and recommendations recommending granting in part Defendants' motion to dismiss the complaint and granting Plaintiff the opportunity to file an amended complaint.  (ECF No. 16.)  On May 21, 2014, Defendants filed a motion for clarification on when Plaintiff must file and serve an amended complaint.  (ECF No. 18.)

At this time there has been no order dismissing the complaint.  Once the district judge issues an order addressing the findings and recommendations, the parties shall be advised of any deadline to file an amended complaint.

IT IS SO ORDERED.

Dated:   **May 22, 2014**

UNITED STATES MAGISTRATE JUDGE

1