UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CRUZ PLASCENCIA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>COUNTY OF KINGS, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:14-CV-441-LJO-SAB<br><br>**ORDER TO REFER MOTION TO MAGISTRATE JUDGE AND TO VACATE HEARING**<br>(Doc. 23.) |

   To expedite this matter and to promote best use of resources, this Court REFERS the pending Fed. R. Civ. P. 12 motion to dismiss (Doc. 23) to U.S. Magistrate Judge Stanley A. Boone to issue findings and recommendations or orders deemed appropriate.  This Court VACATES the July 30, 2014 hearing on the motion to dismiss set before U.S. District Judge Lawrence J. O'Neill and ORDERS the parties not to appear in Court at the time set for the hearing.

**SO ORDERED**
**Dated: June 26, 2014**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**

1