# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CRUZ PLASCENCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF KINGS, et al.,<br><br>    Defendants. | Case No.  1:14-cv-00441-LJO-SAB<br><br>ORDER VACATING JULY 30, 2014 HEARING |

A hearing on Defendants' motion to dismiss is currently set for July 30, 2014 at 10:00 a.m. before the undersigned.  Plaintiff did not file a timely opposition to the motion and is therefore not entitled to be heard during the hearing.  Local Rule 230(c).  Further, the Court has reviewed the record and finds this matter suitable for decision without oral argument.  See Local Rule 230(g).  Accordingly, the matter is taken under submission.  The previously scheduled hearing set on July 30, 2014 at 10:00 a.m. is vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **July 25, 2014**

UNITED STATES MAGISTRATE JUDGE