# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CRUZ PLASCENCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF KINGS, et al.,<br><br>   Defendants. | Case No.  1:14-cv-00441-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 23, 28)<br><br>FOURTEEN DAY DEADLINE |

Plaintiff Pedro Cruz Plascencia filed the complaint in this action in the Kings County Superior Court on November 18, 2013, against Defendants County of Kings, Kings County Sheriff's Department, City of Hanford, and Hanford Police Department alleging excessive force and failure to provide medical attention in violation of the Fourth and Fourteenth Amendments and negligence under state law.  (ECF No. 1-1.)  On March 26, 2014, Defendants removed this action to the Eastern District of California.  (ECF No. 1.)  Following the issuance of an order granting Defendants' motions to dismiss, Plaintiff filed a first amended complaint on June 11, 2014.  (ECF No. 22.)  On June 25, 2014, Defendants County of Kings and Kings County Sheriff's Department filed a motion to dismiss which was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  (ECF Nos. 23, 24.)

On July 29, 2014, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and contained notice that any objections to the Findings and

Recommendations were to be filed within fourteen days.  More than fourteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 29, 2014, is adopted in full;
2. Defendants County of Kings and Kings County Sheriff's Department's motion to dismiss, filed June 25, 2014, is GRANTED;
3. Plaintiff's claims against Defendants County of Kings and Kings County Sheriff's Department are dismissed for failure to state a claim; and
4. Within fourteen days from the date of service of this order, Plaintiff may file an amended complaint.

IT IS SO ORDERED.

Dated:   **August 13, 2014**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE