# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEDRO CRUZ PLACENCIA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**COUNTY OF KINGS,** *et al.*,<br><br>**Defendants.** | 1:14-CV-00441-LJO-SAB<br><br>**ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH COURT ORDER** |

On August 13, 2014, upon adoption of the Findings and Recommendations of the Magistrate Judge, this Court granted Defendants' motion to dismiss Plaintiffs' first amended complaint. Doc. 30. Plaintiff was provided an opportunity to file an amended complaint within fourteen days. That deadline expired in early September 2014. As of the date of entry of this order, Plaintiff has not filed an amended complaint or any other document. "Under Ninth Circuit precedent, when a plaintiff fails to amend his complaint after the district judge dismissed the complaint with leave to amend, the dismissal is typically considered a dismissal for failing to comply with a court order rather than for failing to prosecute the claim." *Yourish v. California Amplifier*, 191 F.3d 983, 986 (9th Cir. 1999). The authority for any such dismissal is provided in Fed. R. Civ. P. 41(b). *Id*.

Accordingly, this case is dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a court order. All pending motions and hearings are vacated and the Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **October 8, 2014**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

1